■ HANI JAMIL SAUD HABBAS, Appellant, v WILLIAM BUTLER et al., Respondents.—Order, Supreme Court, New York County (Burton S. Sherman, J.), entered on January 17, 1992, unanimously affirmed for the reasons stated by Sherman, J., without costs and without disbursements. No opinion. Concur —Carro, J. P., Ellerin, Asch and Rubin, JJ.